IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-385-D

NATIONAL ALLIANCE FOR )
ACCESSIBILITY, INC., et al., )
 )
        Plaintiffs, )
 )
v. ) **ORDER**
 )
WAFFLE HOUSE, INC., )
 )
        Defendant. )

On May 17, 2011, defendant filed a motion to stay [D.E. 22] further proceedings pending resolution of its motion to dismiss. Plaintiff did not respond to the motion. The court has reviewed the motion to stay and finds good cause. The action is stayed until such time as the court rules on pending dispositive motion.

SO ORDERED. This 30 day of June 2011.

                              JAMES C. DEVER III
                              United States District Judge